IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

RONALD C. KOLESAR,

      Plaintiff,                            20cv0166E
                                            LEAD CASE

          v.

PACIFICA BEAUTY, LLC.,

      Defendant.

---

RONALD C. KOLESAR,

      Plaintiff,                            20cv0167E
                                           MEMBER CASE

          v.

FIRST AID BEAUTY, LTD.,

      Defendant.

---

RONALD C. KOLESAR,

      Plaintiff,                            20cv0170 Erie
                                           MEMBER CASE

          v.

AMIKA, LP.,

      Defendant.

RONALD C. KOLESAR,

      Plaintiff,                            20cv0171E
                                           MEMBER CASE

          v.

COLORESCIENCE, INC.,

      Defendant.

RONALD C. KOLESAR,

    Plaintiff,                            20cv0175 Erie
                                              MEMBER CASE

        v.

LAGOS ONLINE, INC.,

    Defendant.

---

RONALD C. KOLESAR,

    Plaintiff,                              20cv0176 Erie
                                              MEMBER CASE

        v.

IREDALE COSMETICS, INC.,

    Defendant.

RONALD C. KOLESAR, THOMAS KLAUS,

    Plaintiffs,                           20cv0179 Erie
                                              MEMBER CASE

        v.

HAPPY SOCKS NORTH AMERICA, INC.,

    Defendant.

RONALD C. KOLESAR,

        Plaintiff,

              v.

THE WILKES GROUP, INC. *doing business as* EVIAN FACIAL SPRAY,

        Defendant.

20cv0180 Erie
MEMBER CASE

---

RONALD C. KOLESAR,

        Plaintiff,

              v.

SKYN ICELAND, LLC,

        Defendant.

20cv0182 Erie
MEMBER CASE

---

THOMAS KLAUS, RONALD C. KOLESAR,

        Plaintiffs,

              v.

IM PRO MAKEUP NY, LP *doing business as* IL MAKIAGE,

        Defendant.

20cv0190 Erie
MEMBER CASE

RONALD C. KOLESAR, THOMAS KLAUS,

    Plaintiffs,

        v.

COSNOVA, INC.
*d/b/a CATRICE COSMETICS*.,

    Defendant.

20cv0191 Erie
MEMBER CASE

THOMAS KLAUS, RONALD C. KOLESAR,

    Plaintiffs,

        v.

EFFY JEWELERS CORP.,

    Defendant.

20cv0192 Erie
MEMBER CASE

ROBERT JAHODA,

    Plaintiff,

        v.

KT HEALTH, LLC.,

    Defendant.

20cv0986
MEMBER CASE

ROBERT JAHODA,

    Plaintiff,

        v.

GRANDE COSMETICS, LLC.,

    Defendant.

20cv0995
MEMBER CASE

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 20cv1007<br>MEMBER CASE |
| v. | | |
| CURRENT MEDIA GROUP, LLC.<br>*doing business as*<br>LILLIAN VERNON, LLC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| Plaintiff, | | 20cv1013<br>MEMBER CASE |
| v. | | |
| THE WEBSTAURANT STORE, INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| Plaintiff, | | 20cv1021<br>MEMBER CASE |
| v. | | |
| DELUXE CORPORATION, | | |
| Defendant. | | |

| | | |
|---|---|---|
| ROBERT JAHODA, | | |
| Plaintiff, | | 20cv1022<br>MEMBER CASE |
| v. | | |
| DELUXE CORPORATION, | | |
| Defendant. | | |

ROBERT JAHODA,

        Plaintiff,                        20cv1024
                                                  MEMBER CASE

        v.

MPUSA, LLC,

        Defendant.

ROBERT JAHODA,

        Plaintiff,                        20cv1025
                                                  MEMBER CASE

        v.

THE NATORI COMPANY, INC.
*doing business as*
JOSIE NATORI BOUTIQUE,

        Defendant.

## CONSOLIDATION ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025 are hereby consolidated with **Civil Action No. 20-166 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-166 Erie**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025

**SO ORDERED** this 21st day of July, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge